S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
KATHERINE C. LORENZ
katie.lorenz@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon   97204-2902
Telephone:   503-727-1000
Facsimile:   503-727-1117

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:14-CR-00282-KI-02 |
| v. | NOTICE OF SATISFACTION OF MONEY JUDGMENT |
| KYLE KEOKI YAMAGUCHI, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that defendant Kyle Keoki Yamaguchi, has voluntarily paid $50,000 to the United States toward his obligation pursuant to the Preliminary Order of Forfeiture and Final Order of Forfeiture and Money Judgment filed on December 24, 2014 (CR 44). The money judgment in this case as to Defendant Yamaguchi, having been paid in full, is now satisfied.

DATED this 2nd day of March, 2015.

S. AMANDA MARSHALL
United States Attorney

*s/ Katie Lorenz*
KATHERINE C. LORENZ
Assistant United States Attorney